| | |
|---|---|
| Para enmendar la Regla 8 del Reglamento de Educación Jurídica Continua aprobado el 30 de junio de 1998 | 2005 TSPR 54<br><br>163 DPR _____ |

Número del Caso: ER-2005-5


Fecha: 26 de abril de 2005


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Para enmendar la Regla 8
del  Reglamento de
Educación Jurídica Continua
aprobado el 30 de junio de 1998

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de abril de 2005.

En virtud del poder del Tribunal Supremo para reglamentar lo concerniente al ejercicio de la abogacía en Puerto Rico y para fortalecer la implantación del Reglamento del Programa de Educación Jurídica Continua, aprobado el 8 de abril de 2005, se enmienda la Regla 8, incisos (a) y (b) del Reglamento de Educación Jurídica Continua, aprobado el 30 de junio de 1998, para aumentar a nueve la cantidad de miembros de la Junta, así como para establecer el término de la designación de los dos nuevos miembros.

Conforme esta resolución, la Regla 8, incisos (a) y (b) leerán como sigue:

Regla 8.  Junta de Educación Continua

(a) El Tribunal Supremo nombrará una Junta de Educación Continua para velar el cumplimiento de los requisitos contenidos en este reglamento.  Esta Junta contará con **nueve** miembros que rendirán servicios ad honorem.

(b)    El Presidente o la Presidenta de la Junta de Educación Continua será nombrado por el término de cinco (5) años.  Los demás miembros de la Junta deberán ser nombrados de forma escalonada por términos de **dos (2)**, tres (3), cuatro (4) y cinco (5) años.

La presente resolución tiene efectividad inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo